UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-12120 |
| | | CHAPTER 13 |
| TIMOTHY W. TOMAK | | |
| AMY L. TOMAK | : | JUDGE BURTON PERLMAN |
|     DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917758 | $13.00 |

Creditor(s)
Worldwide Asset Purchasing
c/o West Asset Management
P.O. Box 105698
Atlanta, Georgia 30348


                      Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 6, 2011.

                                                                /s/    Margaret A. Burks, Esq.
                                                                           Margaret A. Burks, Esq.

| | |
|---|---|
| Worldwide Asset Purchasing<br>c/o West Asset Management<br>P.O. Box 105698<br>Atlanta, Georgia 30348 | Debtor(s) Counsel<br>KATHLEEN D MEZHER & ASSOCIATES<br>8075 BEECHMONT AVE<br>CINCINNATI, OH  45255 |
| Debtor(s)<br>TIMOTHY W. TOMAK<br>AMY L. TOMAK<br>19 FLAMINGO COURT<br>AMELIA, OH  45102 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |
| West Asset Management Inc.<br>8190 Powers Ferry Rod NW<br>Suite 475<br>Atlanta, Georgia 30339-3095 | |